JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaSHONDRA A. M., | CASE NO. CV 20-8621 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 10, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge